IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

FILED '23 MAY 19 PM03:42 MDGA-COL

| | |
|---|---|
| Jacquelynn P Green ) <br> aggrieved party, ) <br> ) <br> _____ ) <br> ) <br> UNITED STATE OF AMERICA ) <br> ) <br> _____Alleged Plaintiff_____ ) | NOTICE ACCEPTANCE OF OATH OF OFFICE <br><br> CASE NO. 4:23-cr-00013-CDL-MSH |

**NOTICE**

**ACCEPTANC OF OATH OF OFFICE**

In the Common Law AND ON THIS DAY OF MAY 19, 2023.

Comes now, Jacquelynn Green a [wo]man, who is presumed innocent and thereby is hereby accepting the Oath of Office of the man Clay D Land acting as a Magistrate and the man Andres Jimenez acting as an agent for the city, county or State.

Let this notice of acceptance of oath of office warn the man Clay D Land acting as the Magistrate and the man Andres Jimenez acting as an agent of the city, county, or State, any willful act not in accordance with lawful/legal duty to uphold and defend the written state constitution or constitution for the united States of America is an act outside there oath of office and is grounds to be personally liable.

Any willful act outside the oath of office, which causes the [wo]man jacquelynn green a loss of her unalienable rights, and resulting in the **deprivation of rights under color of law (18 U.S.C. 242)** and **conspiracy of rights (18 U.S.C. 241)**, of either or all, life, liberty, or property is proof the man Clay D Land acting as the Magistrate and the man Andres Jimenez acting as the agent for the city, county, or State is knowingly and willfully vacating their oath of office and will be held personally liable for millions of dollars.

The oath of office is a guarantee the man Clay D Land acting as the Magistrate and the man Andres Jimenez acting as an agent for the city, county, or State will act in accordance with state and federal constitution and be presumed immune from personal liability claims.

Any willful act outside the oath of office removes any presumed immunity and this notice will serve as a notice of liability and will result in the man Clay D Land acting as a Magistrate and the man Andres Jimenez acting as an agent for the city, county, or State vacating their office and personally liable for damages.

i expect that, as PUBLIC SERVANTS, you will perform all of your promises and stay within the limitations of your constitutions, create on unfounded presumptions, seek only the true facts and tell the truth at all times and respect and protect my right of personal liberty and private property and all rights antecedent thereto. FOR THE RECORD LET IT BE KNOWN IF UNCORRECTED IT WILL STAND AS TRUTH.

i Jacquelynn Green, Proper name pursuant to **Title 18 U.S. Code § 1342**, declare in accordance with the laws of the United states of America that the foregoing is true correct and complete to the best of my knowledge and belief.

Submitted this 19, day of May 2023

by: *Jacquelynn Green*

a [wo]man Jacquelynn Green [Suri Juris]
NON FEDERAL JURISDICTION
Georgia the Land, uSA (not a domicile)

==i require restoration of my property be released to me immediately and to be compensated in the amount of $150,000.==

**22 CFR 92.12-92.31** FR Heading "Foreign Relationship" states that an oath is required to take office.

**Title 8 USC 1481** states once an oath of office is taken, citizenship is relinquished, thus one becomes a foreign entity, agency, or state. That means every public office is a foreign state, including all political subdivisions. (i.e. every single court is considered a separate foreign entity).

**Title 22 USC** (Foreign relations and Intercourse) Chapter 11 identifies all public officials as foreign agents, as stipulated under Title 22 USC, chapter 11, section 611, loss of national citizenship – Public officials are no longer US Citizens, but rather are foreign agents and must register as such.

**Title 28 USC 3002** Section 15A states United States is a Federal Corporation and not a government, including the Judicial Procedural Section.

Federal Rules of Civil Procedure **(FRCP) 4j** states that the Court jurisdiction and immunity fall under a foreign state.

**Title 28 USC 1602-1611** (Foreign Sovereign Immunities Act) allows the jurisdiction of a court to be challenged, and a demand of proper jurisdiction to be stated.

**28 USC CHAPTER 176** – FEDERAL DEBT COLLECTION PROCEDURE.
The Federal Debt Collection Procedure places all courts under equity and commerce and under the International Monetary Fund."