FILED '23 MAY 30 AM 09:19 MDGA-COL

David W. Bunt (Clerk of Court)
P.O. Box 128
Macon, Georgia 31102

Marc T. Treadwell (Chief U.S. District Judge)
P.O. Box 65
Macon, Georgia 31202

## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:23-cr-00013-CDL-MSH |
| Alleged Plaintiff, | ) ) ) | **DEMAND FOR Trial by Jury** |
| vs. | ) ) | **NOT** |
| JACQUELYNN P GREEN, | ) ) | **JURY TRIAL** |
| Alleged Defendant | ) ) ) ) | |

i a [wo]man Jacquelynn Green, hereby demands a trial by jury on all issues triable by a jury in the above-entitled action.

**In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.** Amend VII, U.S. Const.

Here without any rational and legal explanation/justification, the Court has been speeding from 04/26/2023 disposition to "trial" to favor the UNITED STATES OF AMERICA Alleged Plaintiff at Alleged Defendant, Jacquelynn Green's expense. Alleged Defendant, Jacquelynn Green experienced and feared further prejudice.

Respectfully submitted without prejudice,

By: *Jacquelynn Green*                       5/27/23
a [wo]man Jacquelynn-Green                   Date

The use of a notary below is for identification only and not for entrance into any foreign jurisdiction.

### ACKNOWLEDGEMENT

Chattahoochee County    )
                        ) ss.
Georgia Republic        )

On this 27th day of May, 2023, before me, the undersigned, a Notary Public at and for Chattahoochee County, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he/she has executed the same.

Signed: *Felicia Daniel*
Notary Name: Felicia Daniel
My commission expires: 1-12-2025          (NOTARY SEAL)